**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| IN RE Michelle and Joann Robertson | : : : | Bankruptcy No.: 20-12858-AMC<br>Chapter 13 |

_____:_____

**ORDER**

AND NOW this _____ day of _____, 2020, the Court having reviewed and considered Debtors' Motion to Extend the Automatic Stay Pursuant to *11 U.S.C. §362(c)(3)(B)*, and for good cause shown, it is hereby:

ORDERED and DECREED that Debtors' Motion is **GRANTED**, and the Automatic Stay is Extended until this matter is completed, or any party files and is successful in any Motions for Relief from the Automatic Stay.

**Date: July 29, 2020**

_____
Honorable Ashely M. Chan