United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 20-12858-amc
Michelle Robertson                                                      Chapter 13
Joann Robertson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Jul 29, 2020
                              Form ID: pdf900        Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.
```
db/jdb         +Michelle Robertson,   Joann Robertson,   2829 Westerham Road,   Downingtown, PA 19335-6019
14522878       +American Honda Finance Corporation,   c/o William E. Craig, Esq.,   110 Marter Ave.,
                 Suite 3301,   Moorestown, NJ 08057-3124
14516324       +Assoica Mid-Atlantic,   1225 Alma Road, Ste. 100,   Richardson, TX 75081-2298
14516326       +BFS Capital,   263 W. 38th Street,   New York, NY 10018-4483
14516325       +Best Buy/CBNA,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
14516328       +Caln Township/CTMA,   P.O. Box 1004,   Downingtown, PA 19335-0904
14516330       +Coast to Coast Financial/Insight Pest,   1214 Copeland Oaks Drive,   Morrisville, NC 27560-6614
14516331       +Dtown Properties, LLC,   c/o Nicholas W. Stathes, Esquire,   400 Berwyn Park,
                 899 Cassatt Road, Ste. 320,   Berwyn, PA 19312-1190
14519455        Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 55116-0408
14522869       +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
14516335       +Lakeview Loan Servicing, LLC,   3637 Sentara Way,   Virginia Beach, VA 23452-4262
14518251       +Lakeview Loan Servicing, LLC,   c/o Lauren M. Moyer, Esq.,   McCabe, Weisberg & Conway, LLC,
                 Suite 1400,   123 South Broad Street,   Philadelphia, PA 19109-1060
14516336       +Mariner Finance, LLC,   5802 E. Virginia Beach Blvd., Ste. 121,   Norfolk, VA 23502-2483
14516337       +Marucus & Hoffman,   326 West State Street,   Media, PA 19063-3861
14516338       +Navient Solutions,   P.O. Box 8961,   Madison, WI 53708-8961
14516341       +Progressive Specialty Ins. Co.,   P.O. Box 6807,   Cleveland, OH 44101-1807
14516343       +Recovery Solutions,   1008 Mattlind Way,   Milford, DE 19963-5300
14519682       +Santander Consumer USA, Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
14516347       +TD Bank/Target Credit,   P.O. Box 673,   Minneapolis, MN 55440-0673
14516349       ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Corp,   5005 N. River Blvd. NE,
                 Cedar Rapids, IA 52411)
14516348       +Tidewater Finance/Home Depot,   6520 Indian River Road,   Virginia Beach, VA 23464-3439
14520899       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14521539       +Toyota Motor Credit Corporation,   C/O Rebecca A. Solarz, Esq.,   KML Law Group,
                 701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 30 2020 04:46:50    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2020 04:46:30
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 30 2020 04:46:41    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 30 2020 04:46:38
                 American Honda Finance Corporation,   3625 W. Royal Lane, Suite 200,   Irving, TX  75063,
                 UNITED STATES
14516322        E-mail/Text: ebn@21stmortgage.com Jul 30 2020 04:46:36    21st Mortgage Corp,   P.O. Box 477,
                 Knoxville, TN 37901
14516933        E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 30 2020 04:46:38
                 American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
14516323        E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 30 2020 04:46:38    American Honda Finance,
                 P.O. Box 168088,   Irving, TX 75016
14522500        E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 30 2020 04:46:38
                 American Honda Finance Corporation,   3625 W. Royal Lane #200,   Irving, TX 75063
14517007        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jul 30 2020 04:46:11
                 Ascendium Education Solutions, Inc,   PO Box 8961,   Madison WI 53708-8961
14516327       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 30 2020 04:46:20    Boscov's,
                 P.O. Box 183003,   Columbus, OH 43218-3003
14516329       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2020 04:53:12    Capital One,
                 P.O. Box 30281,   Salt Lake City, UT 84130-0281
14516332       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 30 2020 04:46:17    Internatl Revenue Service,
                 P.O. Box 37910,   Hartford, CT 06176-7910
14516333        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 30 2020 04:53:11    JPMCB,
                 301 N. Walnut Street, Floor 09,   Wilmington, DE 19801
14516334       +E-mail/Text: bncnotices@becket-lee.com Jul 30 2020 04:46:16    Kohls,   P.O. Box 3115,
                 Milwaukee, WI 53201-3115
14516340        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 04:53:13
                 Portfolio Recovery,   120 Corporate Blvd.,   Ste. 100,   Norfolk, VA 23502
14516339       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2020 04:46:30
                 Pennsylvania Department of Revenue,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14516342       +E-mail/Text: bnc-quantum@quantum3group.com Jul 30 2020 04:46:22    Quantum3 Group LLC,
                 P.O. Box 788,   Kirkland, WA 98083-0788
14517520        E-mail/Text: bnc-quantum@quantum3group.com Jul 30 2020 04:46:22
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Jul 29, 2020
                              Form ID: pdf900             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14516344       +E-mail/Text: bankruptcy@bfscapital.com Jul 30 2020 04:46:36      Small Business Term Loans, Inc.,
                 3301 N. University Drive, Ste. 300,    Pompano Beach, FL 33065-4149
14519372       +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 04:52:58      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14516345       +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 04:53:23      Synchrony Bank/Toys R' Us Card,
                 950 Forrer Blvd.,    P.O. Box 965036,    Orlando, FL 32896-5036
14516346        E-mail/Text: bankruptcy@td.com Jul 30 2020 04:46:37      TD Bank,    P.O. BOx 84037,
                 Columbus, GA 31908
                                                                                               TOTAL: 22

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              LAUREN   MOYER    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@ecf.courtdrive.com
              PAUL S. PETERS, III    on behalf of Debtor Michelle   Robertson ppeters@thepetersfirm.com,
               ppeters@pmrbm.com
              PAUL S. PETERS, III    on behalf of Joint Debtor Joann   Robertson ppeters@thepetersfirm.com,
               ppeters@pmrbm.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                               :
IN RE Michelle and Joann Robertson        :     Bankruptcy No.: 20-12858-AMC
                                               :     Chapter 13
_____:_____

**ORDER**

AND NOW this _____ day of _____, 2020, the Court having reviewed and considered Debtors' Motion to Extend the Automatic Stay Pursuant to *11 U.S.C. §362(c)(3)(B)*, and for good cause shown, it is hereby:

ORDERED and DECREED that Debtors' Motion is **GRANTED**, and the Automatic Stay is Extended until this matter is completed, or any party files and is successful in any Motions for Relief from the Automatic Stay.

**Date: July 29, 2020**

_____
Honorable Ashely M. Chan