THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Michelle Robertson, | : | Chapter 13 |
| | Joann Robertson, | : | Case No. 20-12858-amc |
| | Debtors | : | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for **Dtown Properties, LLC, a creditor and/or party in interest** ("the Creditor"), and pursuant to Bankruptcy Rules 2002(g) and 2002(h) and 9007 and Section 1109(b) of the Bankruptcy Code, requests that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address, email and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way any of the Creditor's rights or interest, with respect to DebtorS.

Dated: 8/6/2020

TOSCANI & GILLIN, P.C.

BY: *Andrew Zoeller*
Andrew W. Zoeller, Esquire
899 Cassatt Road, Suite 320
Berwyn, PA 19312
Phone (610) 647-4901
Fax (610) 647-4985
azoeller@toscanigillin.com
Counsel to Dtown Properties, LLC

FILED
AUG 10 2020
TIMOTHY McGRATH, CLERK