# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Chapter 13 |
| **MICHELLE and JOANN ROBERTSON** ) | NO. 20-12858 AMC |
| **Debtors** ) | |
| ) | |
| ) | |
| 21ST MORTGAGE CORPORATION ) | |
| Movant/Objector ) | |
| vs. ) | |
| ) | |
| MICHELLE and JOANN ROBERTSON ) | |
| Respondents/Proponents ) | |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) & (b)

TO THE CLERK OF THE COURT:

Please be advised that Thomas A. Capehart, Esquire of the law firm of Gross, McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, Pennsylvania 18105-4060, hereby enters his appearance on behalf of the Creditor, 21st Mortgage Corporation, and requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

In addition, please be advised that, through an administrative oversight by the Clerk's Office, Thomas A. Capehart, Esquire is incorrectly listed as representing Creditor, Santander Consumer USA Inc., when in fact he has at all times represented 21st Mortgage Corporation in this matter and hereby requests the Clerk to correct same per the above.

Respectfully Submitted,

*/s/Thomas A. Capehart*
Thomas A. Capehart, Esq.
BAR I.D. #57440
Attorney for 21st Mortgage Corporation
33 S. 7th Street, PO Box 4060
Allentown, PA 18105-4060
610-820-5450