IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: MICHELLE ROBERTSON | ) | |
|     JOANN ROBERTSON | ) | CHAPTER 13 |
|     **Debtor(s)** | ) | |
| | ) | |
| AMERICAN HONDA FINANCE | ) | CASE NO. 20-12858 (AMC) |
| CORPORATION | ) | |
|     **Moving Party** | ) | |
| | ) | HEARING DATE: **10-21-20 at 11:00 AM** |
|     v. | ) | |
| | ) | |
| MICHELLE ROBERTSON | ) | |
| JOANN ROBERTSON | ) | 11 U.S.C. 362 |
|     **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
|     **Trustee** | ) | |
| | ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between American Honda Finance Corporation and the Debtors in settlement of the Motion For Stay Relief, and filed on or about December 10, 2020 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: December 14, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE