United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 20-12858-amc

Michelle Robertson                                                                   Chapter 13

Joann Robertson

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: Adminstra                                      Page 1 of 2

Date Rcvd: Dec 14, 2020                  Form ID: pdf900                                  Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michelle Robertson, Joann Robertson, 2829 Westerham Road, Downingtown, PA 19335-6019 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW W. ZOELLER | |
| | on behalf of Creditor Dtown Properties  LLC azoeller@toscanigillin.com |
| ANN E. SWARTZ | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| LAUREN MOYER | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com |
| PAUL S. PETERS, III | |
| | on behalf of Joint Debtor Joann Robertson ppeters@thepetersfirm.com  ppeters@pmrbm.com |
| PAUL S. PETERS, III | |
| | on behalf of Debtor Michelle Robertson ppeters@thepetersfirm.com  ppeters@pmrbm.com |
| REBECCA ANN SOLARZ | |

on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS A. CAPEHART
on behalf of Creditor Santander Consumer USA Inc. JKacsur@grossmcginley.com  ehutchinson@grossmcginley.com

THOMAS A. CAPEHART
on behalf of Creditor 21st Mortgage Corporation JKacsur@grossmcginley.com  ehutchinson@grossmcginley.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: MICHELLE ROBERTSON | ) | |
|      JOANN ROBERTSON | ) | CHAPTER 13 |
|      **Debtor(s)** | ) | |
| | ) | |
| AMERICAN HONDA FINANCE | ) | CASE NO. 20-12858 (AMC) |
| CORPORATION | ) | |
|      **Moving Party** | ) | |
| | ) | HEARING DATE: **10-21-20 at 11:00 AM** |
|    v. | ) | |
| | ) | |
| MICHELLE ROBERTSON | ) | |
| JOANN ROBERTSON | ) | 11 U.S.C. 362 |
|      **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
|      **Trustee** | ) | |
| | ) | |

## **ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between American Honda Finance Corporation and the Debtors in settlement of the Motion For Stay Relief, and filed on or about December 10, 2020 in the above matter is APPROVED.

Dated:

BY THE COURT:

_____

UNITED STATES BANKRUPTCY JUDGE

**Date: December 14, 2020**