UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Michelle Robertson | : | Chapter 13 |
| and | : | |
| Joann Robertson | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 20-12858AMC |

\* \* \* \* \* \* \*

### NOTICE OF TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS AND HEARING DATE

**Scott F. Waterman, Esq., Standing Chapter 13 Trustee, has filed an objection to your claim of exemptions in this bankruptcy case.**

**Your claim of exemptions may be eliminated or changed by the Court because an objection has been filed. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the Court to eliminate or change your claim of exemptions, or if you want the Court to consider your views, you or your lawyer must attend the hearing on the objection, scheduled to be held before The Honorable Ashely M. Chan on January 20, 2021 at 10:00 a.m. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107-4295.

Date: December 18, 2020                                          Attorney for Objector

*/s/Polly A. Langdon*
Polly A. Langdon, Esq.
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, Pennsylvania 19606-0410
Telephone: (610) 779-1313
Fax: (610) 779-3637