UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michelle Robertson<br>    Joann Robertson<br><br>            Debtors | Chapter 13<br>Bankruptcy No.20-12858-AMC |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 7th day of January, 2021, by first class mail upon those listed below:

Michelle Robertson
Joann Robertson
2829 Westerham Road
Downingtown, PA  19335

**Electronically via CM/ECF System Only:**

PAUL S PETERS III ESQ
P O BOX 11227
ELKINS PARK, PA  19027-0227


                                                    */s/ Deborah A. Earnshaw*
                                                    Deborah A. Earnshaw
                                                    for
                                                    Scott F. Waterman, Esquire
                                                    Standing Chapter 13 Trustee