**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ) | | Chapter 13 |
| **MICHELLE and JOANN ROBERTSON** ) | | NO.  20-12858 AMC |
|     **Debtors** ) | | |
| ) | | |
| ) | | |
| 21ST MORTGAGE CORPORATION ) | | |
|     Movant/Objector ) | | OBJECTIONS TO PLAN (Doc 13) AND |
| vs. ) | | CONFIRMATION |
| ) | | |
| MICHELLE and JOANN ROBERTSON ) | | |
|     Respondents/Proponents ) | | |

## PRAECIPE TO WITHDRAW OBJECTIONS TO CHAPTER 13 PLAN AND CONFIRMATION, FILED BY 21st MORTGAGE CORPORATION

AND NOW, this 12th day of January, 2021, 21st Mortgage Corporation, hereby requests to withdraw, without prejudice, it's Objections to the Debtors Chapter 13 Plan and Confirmation which was filed on August 25, 2020 (Document #27).


Dated: January 12, 2021                    */s/ Thomas A. Capehart, Esquire*
                                                          Thomas A. Capehart, Esquire
                                                          Attorney for 21st Mortgage Corporation
                                                          Attorney I.D. No. 57440