UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    MICHELLE ROBERTSON   : Chapter 13
        and                           :
    JOANN ROBERTSON         :
                                                   :
            Debtor(s)           : Bankruptcy No.  20-12858AMC

## ORDER

AND NOW, it is hereby ORDERED that the exemption claimed pursuant to 11 U.S.C. Section 522(d)(1) with respect to a mobile home located in Delaware is disallowed in its entirety.

BY THE COURT

_____
Ashely M. Chan, B. J.

**Date: January 20, 2021**