# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | Chapter 13 |
| **MICHELLE ROBERTSON and** ) | | Case No: 20-12858-amc |
| **JOANN ROBERTSON** ) | | |
| Debtors ) | | MOTION FOR STAY RELIEF |
| ) | | 2001 SCHT MOBILE HOME |
| 21st MORTGAGE CORPORATION ) | | |
| Movant ) | | **Hearing Date: March 17, 2021** |
| vs. ) | | **Time:  11:00 a.m.** |
| ) | | **Courtroom:  #4** |
| MICHELLE ROBERTSON and ) | | |
| JOANN ROBERTSON ) | | |
| Respondents ) | | |

## CERTIFICATION OF NO RESPONSE

I, Thomas A. Capehart, Esquire, attorney for the Movant, hereby certify that no answer, objection or other responsive pleading has been served upon me in connection with 21st Mortgage Corporation's Motion for Relief from the Automatic Stay with regard to the Debtors 2001 SCHT Manufactured Home Serial Number T000653, which was served upon all parties of interest on February 23, 2021.

Dated:  March 16, 2021

Respectfully Submitted,
**GROSS MCGINLEY LLP**

By:/s/Thomas A. Capehart
Thomas A. Capehart, Esq.,
*Attorney for 21st Mortgage Corporation*
PA Bar ID #57440
33 S. 7th Street, PO Box 4060
Allentown, PA 18105
610-820-5450 (p); 610-820-6006 (f)
tcapehart@grossmcginley.com