**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Chapter 13 |
| **MICHELLE ROBERTSON and** ) | Case No: 20-12858-amc |
| **JOANN ROBERTSON** ) | |
| Debtors ) | MOTION FOR STAY RELIEF |
| ) | 2001 SCHT MOBILE HOME |
| 21st MORTGAGE CORPORATION ) | |
| Movant ) | **Hearing Date: March 17, 2021** |
| vs. ) | **Time:  11:00 a.m.** |
| ) | **Courtroom:  #4** |
| MICHELLE ROBERTSON and ) | |
| JOANN ROBERTSON ) | |
| Respondents ) | |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion seeking Stay Relief filed by 21st Mortgage Corporation ("21st Mortgage"), pursuant to 11 U.S.C. Sections 362(d), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief filed by 21st Mortgage is hereby GRANTED; and it is further;

ORDERED that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby terminated with respect to 21st Mortgage; and it is further;

ORDERED that 21st Mortgage is entitled to proceed with any and all available state court remedies against that certain 2001 SCHT manufactured home, serial number T000653 ("Manufactured Home"); and

ORDERED that the fourteen (14) day stay period under Rule 4001(a)(3) is rendered inapplicable and this Order for relief from stay shall take effect immediately upon its execution and shall remain in effect even if the matter is subsequently converted to a Chapter 13 proceeding or any other Chapter under the Bankruptcy code.

**BY THE COURT:**

_____
ASHELY M. CHAN
United States Bankruptcy Judge

**Date: March 22, 2021**