United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-12858-amc

Michelle Robertson  Chapter 13

Joann Robertson

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michelle Robertson, Joann Robertson, 2829 Westerham Road, Downingtown, PA 19335-6019 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW W. ZOELLER | on behalf of Creditor Dtown Properties LLC azoeller@toscanigillin.com |
| LAUREN MOYER | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@ecf.courtdrive.com |
| PAUL S. PETERS, III | on behalf of Joint Debtor Joann Robertson ppeters@thepetersfirm.com  ppeters@pmrbm.com |
| PAUL S. PETERS, III | on behalf of Debtor Michelle Robertson ppeters@thepetersfirm.com  ppeters@pmrbm.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 22, 2021 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS A. CAPEHART
on behalf of Creditor Santander Consumer USA Inc. JKacsur@grossmcginley.com  ehutchinson@grossmcginley.com

THOMAS A. CAPEHART
on behalf of Creditor 21st Mortgage Corporation JKacsur@grossmcginley.com  ehutchinson@grossmcginley.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>**MICHELLE ROBERTSON and**<br>**JOANN ROBERTSON**<br>            Debtors<br><br>21st MORTGAGE CORPORATION<br>            Movant<br>    vs.<br><br>MICHELLE ROBERTSON and<br>JOANN ROBERTSON<br>            Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 13<br>Case No: 20-12858-amc<br><br>MOTION FOR STAY RELIEF<br>2001 SCHT MOBILE HOME<br><br>**Hearing Date: March 17, 2021**<br>**Time:  11:00 a.m.**<br>**Courtroom:  #4** |

### ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion seeking Stay Relief filed by 21st Mortgage Corporation ("21st Mortgage"), pursuant to 11 U.S.C. Sections 362(d), any response thereto, and for good cause appearing, it is hereby

ORDERED that the Motion for Stay Relief filed by 21st Mortgage is hereby GRANTED; and it is further;

ORDERED that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby terminated with respect to 21st Mortgage; and it is further;

ORDERED that 21st Mortgage is entitled to proceed with any and all available state court remedies against that certain 2001 SCHT manufactured home, serial number T000653 ("Manufactured Home"); and

ORDERED that the fourteen (14) day stay period under Rule 4001(a)(3) is rendered inapplicable and this Order for relief from stay shall take effect immediately upon its execution and shall remain in effect even if the matter is subsequently converted to a Chapter 13 proceeding or any other Chapter under the Bankruptcy code.

**BY THE COURT:**

_____
ASHELY M. CHAN
United States Bankruptcy Judge

**Date: March 22, 2021**