| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-12858-AMC

| | |
|---|---|
| Michelle Robertson | Petition Filed Date: 06/30/2020 |
| Joann Robertson | 341 Hearing Date: 08/28/2020 |
| 2829 Westerham Road | Confirmation Date: |
| Downingtown  PA    19335 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/28/2020 | $1,000.00 | | 10/02/2020 | $1,000.00 | | 10/21/2020 | $1,000.00 | |
| 12/16/2020 | $1,000.00 | | 01/26/2021 | $1,149.00 | | 03/16/2021 | $1,000.00 | |
| 05/06/2021 | $1,298.00 | | | | | | | |

**Total Receipts for the Period: $7,447.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,447.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,447.00 | Current Monthly Payment: | $2,280.00 |
| Paid to Claims: | $0.00 | Arrearages: | $10,233.00 |
| Paid to Trustee: | $590.23 | Total Plan Base: | $129,400.00 |
| Funds on Hand: | $6,856.77 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
 for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.