United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michelle Robertson  
Joann Robertson  
    Debtors

Case No. 20-12858-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michelle Robertson, Joann Robertson, 2829 Westerham Road, Downingtown, PA 19335-6019 |
| cr | + | 21st Mortgage Corporation, c/oThomas A.Capehart, Gross McGinley, LLP, 33 S. Seventh Street, Allentown, PA 18101-2418 |
| 14567545 | | 21st Mortgage Corporation, c/o Thomas A. Capehart, Esquire, 33 S. 7th Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 14522878 | + | American Honda Finance Corporation, c/o William E. Craig, Esq., 110 Marter Ave., Suite 3301, Moorestown, NJ 08057-3124 |
| 14540392 | + | Andrew W. Zoeller, Esquire, 400 Berwyn Park, 899 Cssatt Road, Suite 320, Berwyn, PA 19312-1190 |
| 14516324 | + | Assoica Mid-Atlantic, 1225 Alma Road, Ste. 100, Richardson, TX 75081-2298 |
| 14516326 | + | BFS Capital, 263 W. 38th Street, New York, NY 10018-4483 |
| 14516328 | + | Caln Township/CTMA, P.O. Box 1004, Downingtown, PA 19335-0904 |
| 14524246 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14516330 | + | Coast to Coast Financial/Insight Pest, 1214 Copeland Oaks Drive, Morrisville, NC 27560-6614 |
| 14526924 | + | DTown Properties, LLC, c/o Andrew W. Zoeller, Esq., 899 Cassatt Road, Suite 320, Berwyn, PA 19312-1190 |
| 14516331 | + | Dtown Properties, LLC, c/o Nicholas W. Stathes, Esquire, 400 Berwyn Park, 899 Cassatt Road, Ste. 320, Berwyn, PA 19312-1190 |
| 14519455 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14522869 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14516335 | + | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14528968 | + | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14518251 | + | Lakeview Loan Servicing, LLC, c/o Lauren M. Moyer, Esq., McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street Philadelphia, PA 19109-1060 |
| 14516336 | + | Mariner Finance, LLC, 5802 E. Virginia Beach Blvd., Ste. 121, Norfolk, VA 23502-2483 |
| 14516337 | + | Marucus & Hoffman, 326 West State Street, Media, PA 19063-3861 |
| 14516338 | + | Navient Solutions, P.O. Box 8961, Madison, WI 53708-8961 |
| 14516341 | + | Progressive Specialty Ins. Co., P.O. Box 6807, Cleveland, OH 44101-1807 |
| 14516343 | + | Recovery Solutions, 1008 Mattlind Way, Milford, DE 19963-5300 |
| 14523664 | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14519682 | + | Santander Consumer USA, Inc., c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14516347 | + | TD Bank/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 14516349 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp, 5005 N. River Blvd. NE, Cedar Rapids, IA 52411 |
| 14516348 | + | Tidewater Finance/Home Depot, 6520 Indian River Road, Virginia Beach, VA 23464-3439 |
| 14520899 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14521539 | + | Toyota Motor Credit Corporation, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 25 2021 23:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 25 2021 23:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

Case 20-12858-amc  Doc 93  Filed 08/27/21  Entered 08/28/21 00:34:14  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2021 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Method | Date | Recipient |
|---|---|---|---|---|
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 25 2021 23:34:00 | American Honda Finance Corporation, 3625 W. Royal Lane, Suite 200, Irving, TX 75063, UNITED STATES |
| 14516322 | | Email/Text: ebn@21stmortgage.com | Aug 25 2021 23:34:00 | 21st Mortgage Corp, P.O. Box 477, Knoxville, TN 37901 |
| 14516323 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 25 2021 23:34:00 | American Honda Finance, P.O. Box 168088, Irving, TX 75016 |
| 14522500 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 25 2021 23:34:00 | American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063 |
| 14516933 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 25 2021 23:34:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14517007 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 25 2021 23:34:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 14516325 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2021 00:04:34 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14516327 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2021 23:34:00 | Boscov's, P.O. Box 183003, Columbus, OH 43218-3003 |
| 14516329 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 26 2021 00:04:47 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14526863 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 26 2021 00:03:57 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14516332 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2021 23:34:00 | Internatl Revenue Service, P.O. Box 37910, Hartford, CT 06176-7910 |
| 14516333 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 26 2021 00:04:47 | JPMCB, 301 N. Walnut Street, Floor 09, Wilmington, DE 19801 |
| 14516334 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2021 23:34:00 | Kohls, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14516340 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2021 00:03:56 | Portfolio Recovery, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14516339 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:34:00 | Pennsylvania Department of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14525638 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2021 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14516342 | + | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2021 23:34:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14517520 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2021 23:34:13 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14516344 | + | Email/Text: bankruptcy@bfscapital.com | Aug 25 2021 23:34:00 | Small Business Term Loans, Inc., 3301 N. University Drive, Ste. 300, Pompano Beach, FL 33065-4149 |
| 14519372 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 00:04:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14516345 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 00:04:33 | Synchrony Bank/Toys R' Us Card, 950 Forrer Blvd., P.O. Box 965036, Orlando, FL 32896-5036 |
| 14516346 | | Email/Text: bankruptcy@td.com | Aug 25 2021 23:34:00 | TD Bank, P.O. BOx 84037, Columbus, GA 31908 |
| 14533141 | | Email/Text: tidewaterlegalebn@twcs.com | Aug 25 2021 23:34:13 | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14524247 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2021           Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW W. ZOELLER | on behalf of Creditor Dtown Properties LLC azoeller@toscanigillin.com |
| LAUREN MOYER | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com |
| PAUL S. PETERS, III | on behalf of Joint Debtor Joann Robertson ppeters@thepetersfirm.com ppeters@pmrbm.com |
| PAUL S. PETERS, III | on behalf of Debtor Michelle Robertson ppeters@thepetersfirm.com ppeters@pmrbm.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS A. CAPEHART | on behalf of Creditor Santander Consumer USA Inc. JKacsur@grossmcginley.com |
| THOMAS A. CAPEHART | on behalf of Creditor 21st Mortgage Corporation JKacsur@grossmcginley.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michelle Robertson<br>    Joann Robertson<br><br>              Debtors | Chapter 13<br><br>Bankruptcy No. 20-12858-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Dated: August 25, 2021

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE